## Commonwealth *v.* Weber, Appellant.

897

 Argued March 26, 1974.
*Joseph Patrick Gorham,* for appellant; *William Boland,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas; petition for reargument denied June 12, 1974.